A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Mitchell Stevens                          78189
_____          _____
        Plaintiff                        Inmate Number

VERSUS

WARDENS ① Burl Cain ② Chad MANSON; ③ TROY PoRet ④ Dupont, ⑤ ORville LAMARTINEER
Col/5 ⑥ CRuz ⑦ ROBINSON LtCol. ⑧ Chad ORBRA ⑨ MAJOR ⑩ Shelton scales
⑩ Cpt. William Rosso, Class.OFF ⑪ MAGAN Shipley ⑫ FAiRChild ⑬ Sec.OFF
STAFF SARGENT BoudRoux ⑭ Lt. Pigeon ⑮ RNPS S'heR wood PoRet, ⑯
AMy ZaubRacher ⑰ MELAnie BARton ⑱ All who admin. my shots since 2002
(Enter above the full name of each   19 Sec. JAmes LABLANc
defendant in this action.)

Electronic Filing Pilot Program
        In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order
2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities
participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by
Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

        The names of **all parties** must be listed in the caption and in part III of the complaint **exactly
the same**.

        In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00.
In addition, the United States Marshal will require you to pay the cost of serving the complaint on
each of the defendants.

        If you are unable to pre-pay the filing fee and service costs, you may petition the court to
proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized
officer certifying the amount of money in your inmate account. If pauper status is granted, you will
be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to
forward monthly payments from your inmate account until the entire filing fee is paid.

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

5th Circuit Court of Appeals - Failure to state
A Legal Argument, Frivolous No. 13-30288 - Rec. Diss.
Case # 13-00011 BAT SCR

II.    Place of present confinement: Louisiana State Prison

A. Is there a prisoner grievance procedure in this institution?
    Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. A.R.P. LSP. 2013 - 3112

2. What steps did you take? Appealed to the Warden. It was denied and appealed to the secretary It was Denie

3. What was the result? It also was Denied by the Warden and secretary

D. If your answer is No, explain why not: _____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Mitchell Stevens   78189
   Address GENERAL delivery   Louisiana State Prison

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant ① BURL CAIN WARDEN _____ is employed as
WARDEN _____ at Louisiana
State Prison _____

C. Additional Defendants: ②CHAD MANSINN ③ TROY PORET ④ DUPONT ⑤
ORville LARMARTINER COL's ⑥ CRUZ ⑦ ROBINSON Lt-Col ⑧ CHAD ORBRA ⑨
Major Shelton Scales ⑩ Cap William Bosso Class Off'I ⑪ MAGAN Shipley
⑫ Fair Chil ⑬ Sec. Off Staff Serg. Boudreaux ⑭ LT P.goon ⑮ RN's
Sherwood Poret ⑯ AMY Zaunbracher ⑰ Melanie Barton ⑱ All who
Administer me Shots Since 2002 ⑲ Sec James LABlanc

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① Dispite my Faith to REFRAIN FROM putting into my body Except Food substances or liquids to keep quench my thirst, Except other wise ordered by LAW, I have contenuosly been forced to submit to Injections discribe as As T.B. Testing

② Although I am a documented healty man and NO Law has been produce to Enforce these action, They claim they will continue this Actions untol I test postive or is sick. (then they will treat me with something that destroy the liver.) The method of Force used are as Noted (A)(Intimadation) (B) THREAT (C) Abuse of Authority by way of use of an un constitutional Rule (obey your Last direct verbal order without debate, In they you obey they deny that they ordered you and say you consented, If you REFuse

③ Repititious Displinary Reports, Illegal and bias hearing hold by the same people who hold meetings, and threating you they wrote you up and hold court As well (Lt. Col ORBRA & Col Robinson
(e) Confine ment

(F) ILLEGAL OR IRREGULAR COURT HEARINGS, ILLEGAL SENTENCES that are Not Out LiNed In the disPliNARY Rules and PROCeedures

(G) Physical RESTRAINt (H) Physical abuse (I) INJection by Battery

(I) They RESuse to IDENTify themselves, the Substance that use, The LAW OR EVEN ligitimate Policy which authorize thier actions, AND they REfuse to Give any documental proof that this SEVICE was RENDERED and RENdered by FORCe.

(I) BY disREquaRDING my Faith they OR IN VioLATioN of (XA) MY FREEDOM OF RELIGION.

II BY FORCING ME to take these shots by physical RESTRAINt and Abuse which WAS NOT ORDER by LAW IS IN VIOLATiON of my IIB CONStitutioNAL PROtected Right agaINst CRuel and uNusual PuN ISh ment.

III BY ABUSE of Authority to ENforce A RULE which leads NO Room to EXECise ONE'S FAITH IS AGAIST the IIIC First CONStitutioN

IV To hold ILLEgAL COURt heariNG and IMPose UNSANctioN SANtioNs And to REfuse to IDENTify themselves, the Law that Give them Authority. IN WRiTING to take a healty maN accORDING to thier OWN RECORDS, AND INJect him with some UN KNOWN Substance, uNtil hE IS Sick according to thieR. RECORDS. IS deNING him the Right to A healty Life AND FREEDom to REMAIN haPPy and healty IS IN VioLAtioN of the IVD Due PROCESS Clause of LAW. IVD and my Right To INdivisual DigNity. To subject me to such TREatMENt because I am aN IN mate

V To CONtiNUE to puNish a PERSON after he HAS been tRiEd and CONVicted for a ONCE a year EVENt, you ARe only schelued far T.B. Testing oNce a year BY ComputeR (Not Poople) IS IN VioLATiON of VE Double JEOPaRDY

all the People mention in this complaint is either direct Participate on accessory to or/and before the fact and/or after the fact

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
    Plaintiff(s): _Mitchell Stevens_

    Defendant(s): _WAR. Burl CAON SECO James LaBlance, Frmak OFF Turner Amy Zaubracmefneer SARG ROSCO SARG A DORSEY All IFC. SINCE 2002 Kenny MORRIS_

2. Court (if federal court, name the district; if state court, name the parish): _United States district Coant middle District State Court 19th Judicial Court_

3. Docket number: _13-00011-BAJ SCR State court C62-5999_

4. Name of judge to whom case was assigned: _Chief Judge BRIAN JACKSON state Court Necole Robinson_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Fed. Dismissed w/o PRe. 2nd w/p. FOR Filing IN form Paupos / State Dis miss w/o p. untimely Filing (Ap. 5th cir dismiss as Frivious / Not stating Legal Argument (1-20-13 File For Relei's from Judment = Nover heard from crount_

6. Date of filing lawsuit: _JAN 6th 2013_
7. Date of disposition: _march 8th 2013 - Appeal 4-13 dis. 10-8-13_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
        Yes (✓)        No ( )

_The Case discribe Above_

(9)

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes. Attach no exhibits.

*OFFicial & Individual cap. — TRIaL - Declaration Releif - Injunction
FOR bidding them From Forcing Injections on me, and against them From Enforcing, direct verbal
ORdor Rule 25 It is written NORMAL Not NORMANal, Punitive, and
Compresation Relief, as dischibe on extra pages and if I may
To PRESS CRimanal chARges on all Involve in this conspiricy
If it is determined that what was Injected Into me had the
slight chance of durming me harm, and WAS Not ORdered and
approved by government for the purpose of force T.B. Testing
All court cost pertaining to T.B. Testing on any
and all courts*

VI.   Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while
I was incarcerated or detained in any facility, I have brought three or more civil actions or
appeals in a court of the United States that were dismissed on the grounds that they were
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am
in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any costs assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed
with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _2th_ day of _April 8th_ , 20_14_ .

_mitchell Steven_

_mitchell Steven_
Signature of plaintiff(s)

① of 5

(H)

EXTRA Sheets (A) (10)

ON October 8th 2013 I mitchell Stevens WAS called out to OFFICE ON Falcon hall where I ENCOUNTERED a NURSE UNIDENt. to me at that time, although I have ENCOUNTERED her several times at T.B Testing time, I Never WAS made KNOWN her Identity, She WAS IN the office with Lt JONES. At that time She MADE KNOW to me that She was thier to administer A ANNUAL T.B TEST. I told HER I REFUSE to take that "Shot" (NOT TEST) BECAUSE of my SPIRITUAL CALLING to NOT PUT ANY THING IN MY Body EXCEPT Food substance and Liquids To QUENCH my thirst. UNless other wise ORDERED by LAW At that time the NURSE told me that I could NOT Refuse the shot I ASSURED her according to the LAW I could, She then begAN to tell ME why she Felt it IMPORTANT that I take the shot and HER REASON NEVER MENTION any thing to do with the LAW, I told her her EXPLAINATION CONTAINED ONLY Fears, and Feeling Not Facts. Not Facts AND LAW. SO I REFuse, She then told ME AGAIN that I must take the shot. I told her I would Not UNless she give ME documental PROOF of who SHE WAS what WAS beiNG INJected INto me and that this SERViCe WAS being RENDERed IN dURESS. She then Got ON the Phone and A few minutes Later CAptain Rosso came. She then SAID that I would be RESTRAINED physically handled and Given the Shot ANY way. EVERY body takes It EVON her and security I RESPONded by SAYING the LAW REQUIRE they take It. So I REFused aGAIN. After vertually the SAME CONVERSA with Cpt. Rosso. he then ASK the NURSE. did she want them to hold ME down and Give It to ME any WAY. STR RESPONDED by telling him that they Needed a COURT ORDER (I don't beleive She MEANT D.B. COURT). Cpt Rosso then took ME to ED. BuildiNG WHERE I ENCOUNTERED COl. CRUZ

And Major Shelton Scales, At that time, we had virtually the same conversation, they told me the law required that I ask them to allow me to read it because the year before I was force to take it by threats of R.N Amy Zaubracher. She denied the Allegations when I filed a complaint, some leagal don't have to be denied. The then All agreed that I should confined and physically handled and given the shot any way. So I was placed in solidary confinement my possession taken away and destroyed. On Oct 10 2013 I was taken to D.B. court held by Lt Col Chad Orbra, and Class. officer Fairchild. At that time it was made known to me that I had two displinary write ups both for aggrevated disobedience for failing to Obey a direct verbal order, he asked me why and I shared with him what I shared with the rest. He told me it is not about God it is about the safty of this Insitution, I told him that God and Law is desqned to protect the people, when you do thing out side the word of God. God says that those who are sick need a doctor Not those who are well. and the law says that only the secretary can order testing for contagous disease. and that is limited to if there has been any altercation where bodily fluids have been mixed. Not because you breath the same air as some one else. He then said that the board was go to find me guilty and sentence me to 30 days working cell block. I suspend it for 30 days, and send me back to where I come from. then off the record he told me to take the shot the Nurse offered it to me or I would be handled and given it to me any way.

On that same night I wrote out an A.R.P. concerning forced Anual and mandatory injection, out linning the treats and the promise of future abuse if I do not will ful consent to the shots, letting warden Cain know that it is better to obey God than Man in this case, I Also let him know that I beleive his shots to be legal Nor safe and I beleive he is injecting me with a contagous disease that is harmful in the long run

I deposited the A.R.P. to be picked up in the U.S. mail for Oct 13, 2013, I received notification that is was received on or about Nov 17. 2013.

On Nov. 25 or about that date began a series of attacks which began with Lt. Col Chad Orbra. who called me in the office on Falcon walk, who at that time made several verbal assults on my faith and issued threats of physical violence if I don't consent to the shots. After I would not sub mit he ordered me out of his face. On or about 12-2-13 I was called to the table at breakfast to meet Lt. Col Chad Orbra. Major Shelton Scales and Captain William Rosso. who asked me was I going to drop the A.R.P. I told them know no, and they begun a barrage of verbal abuse. Cpt. Rosso became out raged. because I had not taken the shot Maj. Scales because his name was mentioned in the A.R.P. and Lt Col because he said he let me out to take the shot. After many threats they let me go back to my dorm, At that time the con-spired to reschelued or they call the nurse whom I know to be named Melonie Barton to have her come test me but She declined because (I beleive she knew she needed a legal court order) on 12-12-13 Capt Rosso informed me that he had made arrangements for me the next day 12-14-13 to be tested. but it did not happen. On 12-16-13 Cat. Rosso. kelp me in from work after lunch although had know schelued call out to send me to the treatment center I went to the sally Port to wait on transportation for over an hour then the gate guard call the T.C. to see if transportation was comming to pick me up, when he told me that they did not have an appointment for me, so I was sent back to Falcon unit where I again me Cpt Rosso who was once again out raged because I came back with out taking the shot, he ordered me back to the gate and told the gate Sgt. to Add me to the roster he himself was making arrangement for me.

I WAS then Pick up and taken to the T.C. where I ENcountered a man who IDentified him self As Sherwood Poret Director of Nurses, he began Questioning me why I had Not taken the shot. After I told him what I told the REST, he told me that he was Not a PREACHER and he don't KNOW what GOD SAYS NOR Is he a laWyER and he dont know what the LAW SAy. he IS A INfection Control Nurse And he KNows what the Center of Disease Control says and tomorro tomorrow which WAS 12-17-13 he was Comming to give me the shot.

ON 12-17-13 I WAS AGAIN taken out the work line by CAPt Rosso, Even though I WAS NOT oN call out, and taken to the Ed. Building. where I met ASS. WARDEN Chad MANSSiNi Col RobiNSON, Lt. Col Chad ORBRA. and MAJ Sheldon SCALes AND CPt Rosso Entered with me. Where I WAS hARRASSED by Lt Col ORBRA MAJOR. Scales. and CPt Rosso AS well As thREaten with physical Abuse. Col RobinSon mADe NO thReats but aGREE with the REST that I could Not REfuse the Shot. WARDEN ManSSiNI mADe NO thREats. but mADe KNOwN to me after we talked IN private that the threats of the others was goING to be fulfilled IN the NEaR future, at that time they WERE JoiNED by R.N. M. BARtoN A. ZAubracther and S. Poret where they discussed thier strategy to fulfil thier threats when I agAIN REfused. AND I WAS taken to Extended Lock down. ON the 18th of Dec 2013, I filed an AMENdMENt to to A.R.P. to up date the ChAIN of events Since this matter was still before the WARDEN. and de posited on 12-19-13. ON the 19th. of Dec, 2013, I WAS taken To D.P. Court before Lt Col Chad ORBRA AN Class. Officer MEGAN Shipley. who at that time mADe KNowN unto me that I WAS there to ANSWER for a write up by Cpt Rosso for failure to obey his ORDER (to take a T.B Test by INJection. he told me that the board was goIng To FiNd me guilty And SEAteNce me to QuARters change To workiNG Cell block, And to take the T.B INJection I then told him that. his sanctions was not one AuthoR Ized by the Rules and proceedures I would appeal,

(E)                    Incident                         (5) E                    (14)

ON 12-20-13 I deposited IN the U.S. Mail addressed to WARDEN CAIN, on that same day, I was, before I go there let me back track to the 19th Dec, I was taken to the BO Building where Warden's Poret and MANSINNi and Col Robinson Lt Col ORBRA was IN meeting to meet WARDEN MANSINNi by CAP Hebert. After a private meeting with WAR MAN IN which he Confirmed thier plan and thier Intend to cover it up I was taken back to my Cell, ON the 20th I was Chained IN an Unmovable MANNOR hands to my WAIST, Shackles on my feet and placed IN the shower, after a few Moments, WARDEN ORville LAMARTIN-eer came IN with four officers dressed with a helmet and base Ball Equipment ant othe Riot gear, he was accompanied by R.N. Barton Zabrachtor and Poret, 2nd Warden MANSINNi, I am not sure of Any other Nurse Poret Came with Needle IN hand and told me to approach the bars so he could stick me I told him I Refuse he called WARDEN LAMARTineeR, who came and ordered me Into a corner on my knees, then he called two officer KNown to me as Lt Pigeon and Staff Sgt. Boucroux, The warden put me IN a Choke hold while tho other two grab my arm while Lt Pigeon twist my arm along with the warden then Mr Poret Ran IN INjected me IN my arm and left, then all left and two more officers came and made me go to thee To.C. where I Refused medical Treatment, because I dont beleive IN medicine although I WAS IN great pain ON the 23rd of Dec I was taken to D.P. Court far the same thing that I was taken to Court far on the 19th this time Col Robinson Replaced Lt ORBRA on tho Board oven though he WAS PResent, he claimed they had to have a Re hearing because of audio troble although know one Else that day had audio troble, I AB Also was tried on a write up by Lt Col ORBRA. ON the 26th I was again tried far the Refusal, by WARDEN LAMARtineeR AND I continue to be punish until this dayc

I

SUIT OUTLINED  I (A)  (5)

(1) WARDEN BURL CAIN. IN HIS OFFICIAL. (4) DeclaRatory Releif
INJunction Releif from T.B. Testing by INJections, As Well As Abuse
of Authority, By use of direct verbal order which is contrary to
Law. All court cost IN any and every court where suit was filed
concerning T.B. Testing, Also All Legal Expenses, I am also asking
(E) Comprensation Relief- ONE DAYS PAY for Every day that I faced
disPlinary Action As a result of Refusing T.B. INJection. And ONE
YEAR'S PAY because Every displinary Report Garrantee that I will
NOT be ELIGIBle FOR a PAROLE date. BECAUSE WARDEN CAIN. Is
OVER SEEBER OF A INFection control. Policy Estabished And
ENForce by Louisiana State Pen. ABSEnt D.O.C RegaLation
which IS (hidden) because It IS UNPosted. This Policy Author-
INJections by Force. I Also Sue him IN his IN divisual CAP.
because when AN A.R.P. IS Filed he deny this Action has taken
PLACE. I AM ASKING the SAME Relef IN his Indivisal CAP.
AS his official cap. alone with NORMANAL damages.
(2) SECRETARY JAMES LaBlance- I SUE MR. LABLANCE IN his
OFFicial AND Indivisual capacity, IN the same aspect as
WARDEN CAIN. Because. D.O.C has an unconstitutional
RULE (Aggravated Disobediance) and disobediance, which
Permit displinary Actions, For exerciseing your consti-
tutional Rights Namely Freedom of Religion, Free Speech
and others, And It also violate your Right AGAINst Cruel
Cruel and unusual punisment because It Instructs security to
use Physical force to Force Compliance (INJections) the
ONLY excuse they Accept For Refusal. IS that IF by com-
pliance IS Immediate danger to your health. IN this case
You cannot Give documental. Proof because they refuse
to Give you Proof of what they are INJecting you to at
that time. That Alone IS violation of due Process.

Mitchell

Mitchell Steven 18189

If you obey the orders and file a complaint, the allegation is deny because there there is no proof. And if you refuse you are severly and repeated punished, force to comply by the means discribe earlier in this complaint, and when you file a complaint tis office respond by saying the displinary action was far disobeying a direct order, therefore, since he is the only one who can make rules or policy and this rule is in violation of the constitution and even the D.O.C code of ethics, I sue him in his official capsity and far his attemped cover up in his indivisual

3 + 4 MR SHERWOOD PORET and Amy Zaubrancher, they both inject me against my will. Even though neither claimed a valid policy, yet still this is a continuous pratice. Therefore I sue them in thier official capsity the same as Mr Lablance and because it is documented that miss Zaubrancher denied using intimidation and force, yet she failed to identify any substance any law or policy or authorization and failed to give documental proof of her actions I sue her in-in divisual capasity, for declaration relief, and every other relief named above accept, compresation. Mr Sherwood Poret Although I had been already punished by the D.P. court in Sep. and released. MR Poret relentlessly pursued and he conspired with security to have me bound, by confinement, chained and shakled, abused, and then he committed and battery on me while injecting me. he left me no documentation of his actions. which is against posted policy as well as constitutional as well as statue law. There fore I sue him the same as nurse Amy and if I may I would like to, crimphal charges as well

(5) Ms. Melanie Barton - I ask the court to award me two days pay in her official capasity as well as injuction relief and declaration reliefs

Mitchell Stevens
78189

IN HER INDIVISUAL CAP. I ask TWO days PAY ONLY for the two days CONFINEment I suffered From her dispiinary REPort. Never tho less I REQUEST that she REMAIN a defendant to CIARIFY her REPort AT trial, If she choose to Father PURJUR herself, I leave that matter to her. because she choose NOT to INJect me when I REFUSE, AND out of deep Respect far MS. CONNIE Barton and BEN OLiver I PLACE No other DURdEN ON hER.

(6) All The NuRses who INJected me since 2002. ISUE IN thier official CAPACITY ONly since they had NO KNOWlegs of my desire to Refuse AND they were acting under authority. I sue IN thier official CAPASITY ONLY the SAME As Amy ZauBRANchoR.

(7) WARDEN TROY PoRet. WARDEN TROY PoRet WAS WARDEN at CAMP D where this INCidont IN this Claim begAN. Whether he WAS Notified of the INCidont thon I CANNot SAY, but according to L.S.P. INFection CONTRol UN POStod policy, he should hAVE beeN Notified by med. Staff or security when I Re T. B. Test. NEVER the Less by the time this matter WAS totally FiNiShed I KNow that hE had KNowledge of the INCideNt because I WITNESS him Not aNY JoNGeR AS WARDEN OF CAMP D but as out CAMP WARDEN OVER All out CAMPS hAVE COUNSel XCith WAR. MANSTHNI Col Robinson Lt COl Chad ORDRA. MAJ. Scales AND Cpt Rosso, IN the BD building. ON 12-19-13 SO hE was aWARe of the INcidEnt he could hAVE and should hAVE Stop this matt then yet he closed his EYES. So that make him AN A 'ACCESSORY IN EVERY WAY. THeRe FORE I sue him IN his OFFiciol CAPEity the SAME As SECRETaRY LABLANCe. AND IN his official capasity INdivisual CAP. because he SiGED First Step A.R.P oN JAN 6th 2014 SAYING this matter WAS INvestiGated AND doniod by the ACCused, AND that the Authority made Rounds he WAS the oNly one of the Authority that mADe Rounds

yMitchell Steven

IV

That was not named. There fore his RESPONSE and signature on the First Step made the whole RESPONSe ERRONEOUS there fore far his attempted cover up. I sue his the same As his offical capacity in his individual capacity

(8-9-10) WARDEN ORVILLE Lamartieneer Lt. PiGeon and STAFF SARGENT Boudroux Actions has already been out lined on section (E) I sue them in thier official capacity far all discribe above excopt comprespation, be cause they were acting in accord with practice. But because they were outside the law I sue them far all the releif discribe above, but Boudroux and PiGron is excluded from comprensation, I also plan to file Assult and Batt. charges

(11 ×12) (13 ×14) Lt Chad ORBRA, MAJ. SHelton Scales Capt Rosso and Col Robinson, thier Action has Already been out lined earlier much more can be said they conspired to discipline me by by Abuse of Authorithy by use of Rule and then conceal the Fact As why I was disciplined, Scales Authorized Rosso wrote me up and locked me up ORBRA and Robinson hold CANGAROO court. Alone with Megan Shipley and Class

(15-16) Fair child. they sanctioned me to take a T. B. test which is not mentioned in the displinary Rules and Regulation. BE CAUSe They used the Rules to commit thier Acts of ASSAULt. I sue them far Every thing NAME, DeclARation Releif, INtuction Releif AND All damAGES A WARd in thie OF Ficial CAP. because they continued to write me up And punish me with fraudulent write ups and IRREQULAR, displinary hearing And sontion not sanction in the Rule book. that made thier actions person al, these

*Mitchell Stevens*

I SUE THEM IN thier INdivisually CAPASITY the same

(17) As thier OFFicial CAPASity. AND IF I MAY BRING CRIMANAl CHARGES ON them I do that as well

(19) WAR. MANSINNI. Although he WAS the WARDEN some where ELSE when this matter beGAN, AND WAS Not INvolved At that time, he WAS the WARDEN when this matter CONClUded And the A.R.P which bears his NAME was SiGNed, AND he WAS fully AWARE of the INcident be hE AND I MET ON SEveral OCCATION on this matter. So FOR him to SAY OR let any one SAY IN his behalf that this matter did not EXISt IS ERRONEOus and strickly a COVER UP which make him an ACCESSORY, There FORE AS his Action AS Obeying PoloCy, Apratice OR Rule, I sue him IN EVERY ASpect IN his OFFicial CAPAcity, but AS his ACTIONS as COVER up I sue him the same IN his INdivisual CAPASity.

(18) WAR. DuPONt whether OR NOt be WAS Actually AWARE of the CHAIN OF EVENts As they tRANSPiRed, I don't KNOW, but I do KNOW that by the time he signed the A.R.P. the EVENts COMPlAINed OF was COMPleted, AND All the displinary REPorts WAS PARt of the RECord, IF IN fact IF he REviewed the RECORdS as he SAID, he KNOW this matter began and ends with J. B. Testing by FORce So he too IS AN ACCESSORY, and by denwing my Right to FReedom of Religion unless Required by Law and to Review posted pilocy, he will fully JOIN IN with the Right violations COMPlained of, there fore I Sue him the same AS all the Rest INd.visually and as IN his INdivisual CAPACity. I ask that this matter be taken to trial and punitive damages be deter mind by the finding of what have been put ON me, to FINd Out IF It hARMless, leagal, and approved by the FDA for the pupose of Force T. B. Testing.

Mitchell Stevens 18499

19 Col Cruz - I only en counter him once. on 10-8-13 in the ED Building. Having heard the matter at hand As Sr. Officer Available second to the Warden over all he made the determining decision to Lock me up and force the injection in me OFFicial Cap he then according to the First step Respondants (All his superior) he denied his part Indivisual Cap. There fore I sue him in both caps, For All the Releif mention with in.

Conclusion- Since 2002 I have been taking the injections under intimidation Anually. because I was told it nwas Mandatory- to obey GOD I must Obey Law. But after study of the Law I realize the only thing mandatory was they had to testing and Treatment Available and I had to Attend the call out. This matter began with that call out, And it end ed with me being Abused and injected. 10 Times I was in jected by use of intimidation, once by threat and once lied to physical force even though it was not clasm that I was either a physical or medical threat, two A.R. P's in two years have been filed in this matter, over 20 dif ferent, Personal are involved, Yet none of thier action and explaination came one word of Law. They stated two hidden And un Posted Policy, which should be considered no better than a phoney driver's license. The Rule they used they used is based on obey your Direct order, by Law none of this Personal is able to Give, so thier orders was not based on Law, but Feeling and Fear and thier beleive what they Claim to be health care, since they don't provide medi cal documentation. I beleive is slowly but slowly gen icide.

There fore I ask this court to Allow me to bring this matter to trial, And IF Judgement is in my Favor that crimanal charges will be placed on all named ex cept Melanie Barton

Mitchell Stevens