## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MITCHELL STEVENS (#78189)**          **CIVIL ACTION**

**v.**

         **NO. 14-204-JWD-RLB**

**BURL CAIN, ET AL.**

### RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 20), to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's objection is **OVERRULED**; that the Court decline the exercise of supplemental jurisdiction over any potential state law claims; and that this action be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on June 1, 2017.

                                       **JUDGE JOHN W. deGRAVELLES**
                                       **UNITED STATES DISTRICT COURT**
                                       **MIDDLE DISTRICT OF LOUISIANA**